| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ingram, John, O** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Ingram, Blair, M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Blair M Smith** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **2458** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **8199** |
| Street Address of Debtor (No. & Street, City, and State):<br>**402 E 13th St.**<br>**Pecatonica IL**     ZIP CODE **61063** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**402 E 13th St.**<br>**Pecatonica IL**     ZIP CODE **61063** |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business:<br>**Winnebago** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **John O Ingram, Blair M Ingram** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X  **/s/ Laura L McGarragan**          **5/6/2008**
   Signature of Attorney for Debtor(s)       Date
   **Laura L McGarragan**                **6199753** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

                                           (Name of landlord that obtained judgment)

                                           (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | John O Ingram, Blair M Ingram |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John O Ingram**
Signature of Debtor    **John O Ingram**

X **/s/ Blair M Ingram**
Signature of Joint Debtor    **Blair M Ingram**

Telephone Number (If not represented by attorney)

**5/6/2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

**Signature of Attorney**

X **/s/ Laura L McGarragan**
Signature of Attorney for Debtor(s)

**Laura L McGarragan  Bar No. 6199753**
Printed Name of Attorney for Debtor(s) / Bar No.

**McGarragan Law Offices**
Firm Name

**1004 N. Main St. Rockford, IL 61103**
Address

**815 961-1111**      **815-961-9233**
Telephone Number

**5/6/2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:   **John O Ingram   Blair M Ingram**                    Case No. _____
          Debtor(s)                                                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

    ❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ John O Ingram**
                        **John O Ingram**

Date:  **5/6/2008**

**Official Form 1, Exhibit D (10/06)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:   **John O Ingram   Blair M Ingram** _____         Case No. _____
  _____Debtor(s)_____                                               (if known)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

    ❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

    **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Blair M Ingram** _____
                     **Blair M Ingram**

Date:  **5/6/2008** _____

**B6A (Official Form 6A) (12/07)**

In re: **John O Ingram   Blair M Ingram** ,                          Case No. _____
                                                                                          **(If known)**
                          **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➤ **0.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **John O Ingram   Blair M Ingram** _____,   Case No. _____
                        **Debtors**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Fifth Third bank** | W | 100.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Fifth Third Bank** | H | 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | J | 600.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | 800.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IMRF** | W | 300.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John O Ingram   Blair M Ingram**_____,   Case No. _____
                                   **Debtors**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Dodge Ram** | J | 4,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Yamaha Raptor 4 wheeler** | J | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **4'x8' Trailer** | J | 200.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re    **John O Ingram    Blair M Ingram** _____,          Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2   continuation sheets attached | Total ➤ | **$   6,520.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re   **John O Ingram   Blair M Ingram** _____,   Case No. _____

Debtors   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)   $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2004 Yamaha Raptor 4 wheeler** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **4'x8' Trailer** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Cash** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Checking Fifth Third Bank** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Checking Fifth Third bank** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Clothing** | **735 ILCS 5/12-1001(a),(e)** | **800.00** | **800.00** |
| **Furniture** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **IMRF** | **735 ILCS 5/12-1006** | **300.00** | **300.00** |

B6D (Official Form 6D) (12/07)

In re  John O Ingram   Blair M Ingram                                            .        Case No. _____
                          Debtors                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  098204604187<br>American General<br>211 Elm St.<br>Rockford IL  61101-1264 | X | J | PMSI<br>1997 Mercury Mystic<br>#1101098200460XXXX<br>_____<br>VALUE $500.00 | | | | 6,392.06 | 0.00 |
| ACCOUNT NO.<br>Car Biz<br>2516 N Main St.<br>Rockford IL  61103 | | | PMSI<br>1997 Dodge Ram<br>_____<br>VALUE $4,000.00 | | | | 5,939.00 | 0.00 |
| ACCOUNT NO.  3000016688527XXXX<br>Drive Financial<br>8585 N Stemmons Freeway  Ste 11<br>Dallas TX  75247-3836 | | J | PMSI<br>Automobile  2006 Malibu<br>_____<br>VALUE $0.00 | | | | 12,924.00 | 0.00 |

0   continuation sheets
    attached

Subtotal  ➤
(Total of this page)                          $   25,255.06 $          0.00

Total  ➤
(Use only on last page)                       $   25,255.06 $          0.00

(Report also on Summary of    (If applicable, report
Schedules)                     also on Statistical
                               Summary of Certain
                               Liabilities and
                               Related Data.)

B6E (Official Form 6E) (12/07)

In re  John O Ingram    Blair M Ingram _____    Case No. _____
                                      Debtors                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **John O Ingram    Blair M Ingram**                                      Case No. _____

                                         Debtors                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ **0.00** $ **0.00** | $ **0.00** |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **0.00** | |
| Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **0.00** $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **John O Ingram   Blair M Ingram**                      Case No. _____
                          **Debtors**                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Advocate Christ Medical Center<br>PO Box 3597<br>Springfield IL  62708** | | | **Medical** | | | | **3,400.00** |
| ACCOUNT NO.<br>**Allied Business Accounts<br>300 1/2 South Second St.<br>PO Box 1600<br>Clinton IA  52733-1600**<br><br>**Rockford Health System<br>2400 North Rockton Ave.<br>Rockford IL  61103** | | J | **Collection for Rockford Health System<br>Acct #'s: 2004587495  2003027766<br>2001867965  2002271167  2002217111 &<br>various other accounts** | | | | **760.84** |
| ACCOUNT NO.<br>**Allstate Insurance Co.<br>75 Executive Pkwy<br>Hudson OH  44237-0001**<br><br>**Credit Collection Services<br>Two Wells Ave.  Dept. 9135<br>Newton MA  02456** | | J | **Insurance<br>Policy # 912 236 365** | | | | **553.99** |
| ACCOUNT NO.   **980267XXXX**<br>**Amcore Bank<br>501 7th St.<br>Rockford IL  61104-1242** | | H | | | | | **622.00** |

__19__  Continuation sheets attached

Subtotal ➤ $   **5,336.83**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram** _____    Case No. _____

                                    **Debtors**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **428186498** | | J | **2001 Ford Truck repossessed in 2005** | | | | **13,408.39** |
| **AmeriCredit** PO Box 183593 Arlington TX  76096 | | | | | | | |
| ACCOUNT NO.   **331802458** | | | **Charge card** | | | | **686.86** |
| **Army & Air Force Exchange Service** Attn: FA-T/R-CA PO Box 660056 Dallas TX  75266-0056 | | | | | | | |
| ACCOUNT NO.   **32343809** | | H | **Collection for Windstream F.K.A. Alltel Orig acct # 071715537 Collection for Georgia AllTel Telcom #1088383 Collection for Nicor Gas** | | | | **128.68** |
| **Asset Acceptance LLC** PO Box 2036 Warren MI  48090-2036 **First Collection Service** PO Box 3564 Little Rock AR  72203 | | | | | | | |
| ACCOUNT NO. | | H | **Debiting Company:  Blitt & Gaines PC** | | | | **1,556.00** |
| **Associated Bank Green Bay** PO Box 19097 Green Bay WI  54307-9097 **Blitt & Gaines** 318 W Adams St, 1600 Chicago IL  60606 | | | | | | | |

Sheet no. 1 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **15,779.93**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John O Ingram   Blair M Ingram**                                    Case No. _____

_____
                                    **Debtors**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4427100024571551** <br><br> **Bank of America** <br> **PO Box 5270** <br> **Carol Stream, IL  60197-5270** | | W | **Credit Card** | | | | 3,485.00 |
| ACCOUNT NO. **601919080690XXXX** <br><br> **Bassett/GEMB** <br> **PO Box 981439** <br> **El Paso TX  79998-1439** | | J | **Charge card** | | | | 8,690.00 |
| ACCOUNT NO. <br><br> **Brookside Immediate & Occupational Care** <br> **125 N Alpine Rd.** <br> **Rockford IL  61107-2299** | | J | **Medical** | | | | 55.00 |
| ACCOUNT NO. **221739** <br><br> **Businessmen's Collection Bureau** <br> **PO Box 657** <br> **Freeport IL  61032** <br><br><br> **R H McNitt, DDS** <br> **3535 N Main St.** <br> **Rockford IL  61103** | | J | **Collection for R H McNitt, DDS** | | | | 102.57 |

Sheet no. _2_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                          **12,332.57**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram**                              Case No. _____

                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4305 7270 6885 4381** | | J | | | | | 5,800.00 |
| **Capital One**<br>**PO Box 70884**<br>**Charlotte NC  28272-0884**<br><br>**Northland Group Inc.**<br>**7831 Glenrot Rd,  Ste 350**<br>**Edina MN  55439-3108** | | | **Credit Cards**<br>**#5291151762582383** | | | | |
| ACCOUNT NO.   **62062154153891001** | | J | | | | | 21,900.00 |
| **Capital One Auto**<br>**PO Box 260848**<br>**Plano TX  75026-0848** | | | **Repossessed 2005 Durango** | | | | |
| ACCOUNT NO.   **34806670** | | | | | | | 43.43 |
| **CBCS**<br>**PO Box 69**<br>**Columbus OH  43216**<br><br>**Nicor Gas**<br>**PO Box 163250**<br>**Columbus OH  43216-3250** | | | **Collection for Nicor Gas** | | | | |
| ACCOUNT NO.   **603028230901XXXX** | | H | | | | | 50.00 |
| **Chase**<br>**PO Box 15298**<br>**Wilmington DE  19850-5298** | | | **Credit card** | | | | |

Sheet no. _3_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                    Subtotal  ›  $        27,793.43

                                                                       Total  ›  $

                                    (Use only on last page of the completed Schedule F.)
                           (Report also on Summary of Schedules and, if applicable on the Statistical
                                    Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John O Ingram   Blair M Ingram**                                    Case No. _____

                                                   **Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **199370886012** | | J | **Returned Check Pecatonica Mobil** | | | | 29.11 |
| **Check It** PO Box 6264 Rockford IL  61125-1264 | | | | | | | |
| ACCOUNT NO. | | | **Medical** | | | | 7,026.31 |
| **Christ Hospital and Med Ctr.** PO Box 70508 Chicago IL  60673 | | | | | | | |
| ACCOUNT NO.  **2060960** | | J | **Collection for Hyundai Motor Finance Co.** **2002 Elantra repossessed in 2003** | | | | 9,462.37 |
| **Commercial Recovery Systems Inc.** PO Box 570909 Dallas Tx  75357-0909 | | | | | | | |
| **Creditors Financial Group** PO Box 440290e 110 Aurora CO  80044-0290 | | | | | | | |
| **Northstar Location Services** 4285 Genesee St. Cheektowaga NY  14225-1943 | | | | | | | |
| **Hyundai Motor Finance Co.** 10550 Talbert Ave. Fountain Valley CA  92708-6031 | | | | | | | |

Sheet no.  4 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **16,517.79**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram** _____   Case No. _____

                                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5206 0530 1252 7198** <br><br> **Continental Finance** <br> **PO Box 8099** <br> **Newark DE  19714-8099** | | H | **Mastercard** | | | | 247.00 |
| ACCOUNT NO. <br><br> **Credit Protections Assoc** <br> **13355 Noel Rd.** <br> **Dallas TX  75240** | | J | **Collection for Comcast Savannah** | | | | 402.00 |
| ACCOUNT NO.   **754N3481UAYD2P13** <br><br> **Encore** <br> **400 N Rogers Rd.** <br> **PO Box 3330** <br> **Olathe KS  66063-3330** | | W | **Collection For Card Services** | | | | 3,187.89 |
| ACCOUNT NO.   **4888936132238191** <br><br> **FIA Card Services** <br> **PO Box 15137** <br> **Wilmington DE  19850-5137** | | J | **Credit card** | | | | 467.00 |
| ACCOUNT NO.   **XXXXXXX3436** <br><br> **GE Money Bank** <br> **OH3-4233** <br> **950 Forrer Blvd.** <br> **Kettering OH  45420** | | H | **Credit card** | | | | 200.00 |

Sheet no.  5 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  > $                                   **4,503.89**

Total  > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram**_____   Case No.   _____

_____
**Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3....** <br> **German American State Bank** <br> **100 Church St.** <br> **German Valley IL  61039** | | W | **Checking acct** | | | | **100.00** |
| ACCOUNT NO.   **1041783419** <br> **Heritage Family Library** <br> **PO Box 305147** <br> **Nashville TN  37230** | | H | **Books** | | | | **26.80** |
| ACCOUNT NO. <br> **Hilco Receivables** <br> **5 Revere Dr.  Suite 206** <br> **Northbrook IL  60062** | | H | **Collection for Certegy** <br> **57XXXX/3991XXXX** | | | | **226.00** |
| ACCOUNT NO.   **4844544953** <br> **Hollywood Video** <br> **1330 South Alpine Rd.** <br> **Rockford IL  61108** | | | **Video rental** | | | | **116.00** |
| ACCOUNT NO.   **307106-600079XXXX** <br> **HSBC Bank** <br> **90 Christiana Rd.** <br> **New Castle DE  19720-3118** | | H | **loan** | | | | **764.00** |

Sheet no.  6 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **1,232.80**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John O Ingram   Blair M Ingram**                                    Case No. _____

                                   **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **32911** <br><br> **Illinois Urological Institute** <br> **25 N Winfield Rd.  #407** <br> **Winfield IL  60190-1222** | | **C** | **Medical** | | | | **157.00** |
| ACCOUNT NO.  **5182 8400 8007 6118** <br><br> **Imagine** <br> **PO Box 105555** <br> **Atlanta GA  30348-5555** | | **H** | **Credit Card** | | | | **300.31** |
| ACCOUNT NO. <br><br> **Imagine** <br> **PO Box 136** <br> **Newark NJ  07101-0136** | | | **Charge card** | | | | **278.10** |
| ACCOUNT NO.  **42-4868262** <br><br> **Infinity Healthcare Physicians** <br> **1251 W Glen Oaks Lane** <br> **Mequon WI  53092-3378** <br><br><br> **Swedish American Emergency Physicians** <br> **PO Box 3261** <br> **Milwaukee WI  53201-3261** | | **H** | **Swedish American Emergency Physicians** | | | | **30.80** |

Sheet no.  7 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                     **766.21**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram**                                    Case No. _____

                                                    **Debtors**                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **81777629** | | H | telephone | | | | 55.22 |
| **Isterra** **c/o Primus Telecommunications** **Account Investigations** **625 First Ave.  Suite201** **Coralville IA  52241** | | | | | | | |
| ACCOUNT NO.    **261014XXXX** | | H | Collection Acct | | | | 578.00 |
| **Jefferson Capital LLC** **16 McLelland Rd.** **St. Cloud MN  56303** | | | | | | | |
| ACCOUNT NO.    **04078733...** | | W | Charge card | | | | 685.00 |
| **Kohl's/Chase** **N56 W 17000 Ridgewood Dr.** **Menomonee Falls WI  53051** | | | | | | | |
| ACCOUNT NO.    **35997XXXX** | | H | Line of Credit | | | | 1,958.00 |
| **Meteropolitan** **39 LaSalle Dr.  Suit 1125** **Chicago IL  60603-1704** | | | | | | | |
| ACCOUNT NO.    **45-757185** | | | loan | | | | 977.52 |
| **MidWest Title Loans** **5203 N 2nd St.** **Loves Park IL  61111** | | | | | | | |

Sheet no. _8_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                                    **4,253.74**

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John O Ingram   Blair M Ingram** _____      Case No. _____
                                            **Debtors**                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6019 4400 0582 3970** | | H | | | | | 1,495.44 |
| **Military Star** **PO Box 830031** **Baltimore MD  21283-0031** | | | Charge card | | | | |
| ACCOUNT NO.   **33827** | | | | | | | 286.00 |
| **Miller Eye Center** **PO Box 7267** **Rockford IL  61126-7267** | | | Medical | | | | |
| ACCOUNT NO.   **125118651 & 8725672278** | | J | | | | | 352.15 |
| **National City** **PO Box 8043** **Royal Oak MI  48068-8043** | | | Overdraft | | | | |
| **Allied Interstate** **3000 corporate Exchange Dr.  5th Floor** **Columbus OH  43231** | | | | | | | |
| ACCOUNT NO.   **3431423** | | | | | | | 2,453.36 |
| **NCO Financial Systems** **4608 S Garnett Rd.  STE 200** **Tulsa OK  74146** | | | Collection for Friedmans Jewelers | | | | |
| **Friedmans Jewelers** **171 Crossroads Parkway** **Savannah GA  31422** | | | | | | | |
| **Arrow Financial Services** **5996 Touhy Ave.** **Niles IL  60714-4610** | | | | | | | |

Sheet no.  9 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **4,586.95**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John O Ingram    Blair M Ingram**                                    Case No. _____

                                        **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **NIS 45312** | | H | | | | | **720.25** |
| **Northern Illinois Scanning PO Box 4073 Rockford IL  61110-0573** <br><br> **Mutual Management Services PO Box 4777 Rockford IL  61110** | | | **Medical** | | | | |
| ACCOUNT NO.  **42-4868262** | | H | | | | | **30.80** |
| **Omni Credit Services 333 Bishop's Way Brookfield WI  53005-6209** <br><br> **Swedish American Hospital 1401 East State St. Rockford IL  61104** | | | **Collection for Swedish American Hospital LO47774815** | | | | |
| ACCOUNT NO.  **3355640 861-663196** | | | | | | | **160.00** |
| **OSI Collection Serviceas PO Box 959 Brookfield WI  53008** | | | **Collection for Midwest Diagnostic Pathology SC** | | | | |
| ACCOUNT NO.  **52961** | | H | | | | | **390.00** |
| **Paragon 10120 S Eastern Ave.  Ste 200 Henderson NV  89052** | | | **loan** | | | | |

Sheet no.  10  of  19  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞  $ **1,301.05**

Total  ＞  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram**                                    Case No. _____

                                        **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **495182** <br><br> **Patelco Credit Union** <br> **156 Second St.** <br> **San Francisco CA  94105** | | **W** | **Repossessed 2006 Chevy Monte Carlo** | | | | **35,000.00** |
| ACCOUNT NO.   **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-ING** <br><br> **PCS Financial Corporation** <br> **200 West Jackson Blvd.  Ste 710** <br> **Chicago IL  60606-6910** <br><br><br> **Metropolitan Educational Enterprises** <br> **39 S LaSalle St.  Ste 1125** <br> **Chicago IL  60603-1704** | | **H** | **Metropolitan Educ. Enterprises-educational program** | | | | **1,867.00** |
| ACCOUNT NO.   **3314113418101** <br><br> **PFG of Minnesota** <br> **7825 Washington Ave S Ste 310** <br> **Minneapolis MN  55439-2409** <br><br> **AT&T** <br> **PO Box 8212** <br> **Aurora IL  60572-8212** | | **H** | **Collection for NCO AT&T** | | | | **378.48** |
| ACCOUNT NO.   **6167154006+** <br><br> **Pharmacare** <br> **620 Epsilon Dr.** <br> **Pittsburgh PA  15238** | | **W** | **Medical** | | | | **46.47** |

Sheet no.  11  of  19  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                     **37,291.95**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John O Ingram   Blair M Ingram** _____
                                    **Debtors**

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1274069** <br><br> **Pierce Hamilton & Stern** <br> **6931 Arlington Rd.  Ste 400** <br> **Bethesda MD 20814** | | H | **Collection for Fort Stewart** | | | | 1,867.00 |
| ACCOUNT NO.   **141XXXX** <br><br> **PML of Georgia at Columbus** <br> **PO Box 10338** <br> **Kansas City MO  64171-0338** | | H | **loan** | | | | 99.00 |
| ACCOUNT NO.   **2007875715** <br><br> **Premier Credit Corporation** <br> **2773 Remico St. SW** <br> **Wyoming MI  49519** | | J | **Collection for Spiros K Analitis, M.D.** | | | | 500.00 |
| ACCOUNT NO.   **6991467** <br><br> **Professional Account Services Inc.** <br> **PO Box 188** <br> **Brentwood TN  37024-0188** | | | **Collection for Southside Regional Medical Center** | | | | 100.00 |

Sheet no.  12  of  19  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **2,566.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram**                                    Case No. _____
                                                        **Debtors**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1KA6485073** | | W | | | | | 96.48 |
| **Quest Diagnostics** **PO Box 64797** **Baltimore MD  21264-4797** **Blue Cross/Blue Shield of Illinois** **300 East Randolph** **Chicago IL  60601-5099** | | | Medical | | | | |
| ACCOUNT NO.  **38487** | | H | | | | | 41.20 |
| **Radiology Consultants of Rockford** **PO Box 4542** **Rockford IL  61110-4542** | | | Medical | | | | |
| ACCOUNT NO. | | H | | | | | 300.12 |
| **Reno & Zahm LLP** **2902 McFarland Rd.  Suite 400** **Rockford IL  61107** | | | Collection for Ed Nolan re: tools/equipment | | | | |
| ACCOUNT NO.  **17852834** | | H | | | | | 192.92 |
| **Riddle & Assoc.** **PO Box 1187** **Sandy UT  84091-1187** | | | Collection for Comcast Communications | | | | |

Sheet no.  13 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                    630.72

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John O Ingram    Blair M Ingram**                    Case No. _____
                                                                              (If known)
                              **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **48306**<br><br>**Riverview Phys for Women**<br>**439 Jennick Dr.**<br>**Colonial Hgts VA  23834** | | W | Medical | | | | **517.55** |
| ACCOUNT NO.    **48306**<br><br>**Riverview Phys for Women**<br>**439 Jennick Dr.**<br>**Colonial Hgts VA  23834-4901** | | W | Medical | | | | **3,193.00** |
| ACCOUNT NO.    **21784**<br><br>**Rock Valley Women's Health Center**<br>**6861 Villagreen**<br>**Rockford IL  61107** | | W | Medical | | | | **277.20** |
| ACCOUNT NO.    **12-36263-8**<br><br>**Rockford Clinic**<br>**2300 North Rockton Avenue**<br>**Rockford IL  61103** | | H | Medical | | | | **719.19** |

Sheet no.  14  of  19  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **4,706.94**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram**                          Case No. _____
                                            **Debtors**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **F202942A395** | | | | | | | 915.00 |
| **Rockford Health Physicians 2300 N Rockton Ave. Rockford IL  61103** <br><br> **Creditor's Protection Services 202 West State St. PO Box 4115 Rockford IL  61110-0615** | | | **Medical Various accounts** | | | | |
| ACCOUNT NO.   **6001401352** | | J | | | | | 1,155.35 |
| **Rockford Memorial Hospital PO Box 14125 Rockford IL  61105-4125** <br><br> **RMH Maternal Fetal Med PO Box 2880 Rockford IL  61132** | | | **Medical #2002217111** | | | | |
| ACCOUNT NO.   **162470** | | J | | | | | 436.80 |
| **Rockford Orthopedic Associates 324 Roxbury Rd. Rockford IL  61107** | | | **Medical** | | | | |
| ACCOUNT NO.   **RRA 162970** | | | | | | | 223.00 |
| **Rockford Radiology Assoc. PO Box 5368 Rockford IL  61125-0368** <br><br> **Rockford Mercantile 2502 S Alpine Rd. Rockford IL  61108** | | | **Medical** | | | | |

Sheet no. _15_ of _19_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                    **2,730.15**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John O Ingram    Blair M Ingram**                             Case No. _____
                                                    _____
                                            **Debtors**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **0011** <br><br> **Savoy Collection Agency** <br> **PO Box 2606** <br> **Statesboro GA  30459** | | H | **Collection** | | | | 623.70 |
| ACCOUNT NO. <br><br> **SC Services & Assoc.** <br> **PO Box 3116** <br> **Lake City FL  32056-3116** | | | **Partial payment Clarendon County Court speeding ticket** | | | | 72.00 |
| ACCOUNT NO.    **1XXXX** <br><br> **Security Finance** <br> **PO Drawer 811** <br> **Spartanburg SC  29304** | | H | | | | | 640.00 |
| ACCOUNT NO.    **12753** <br><br> **SFC of IL** <br> **2233 E Charles St.** <br> **Rockford IL  61104** | | H | **2004 loan** | | | | 640.00 |

Sheet no.  16  of  19  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                              **1,975.70**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram**                                    Case No. _____
                                                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6991462** | | **J** | | | | | **2,665.00** |
| **Southside Regional Medical Center 801 South Adams St. Petersburg VA  23803-5149** <br><br> **Medical Revenue Services 645 Walnut St.  STE 5 Gadsden AL  35902** | | | **Medical** | | | | |
| ACCOUNT NO.   **662820162** | | | | | | | **1,542.00** |
| **Sprint PO Box 8077 London KY  40742** <br><br> **IC System Inc. PO Box 64437 St. Paul MN  55164-0437** <br><br> **Sprint PO Box 1769 Newark NJ  07101-1769** <br><br> **Advanced Call Center Technologies PO Box 8608 Gray TN  37615** | | | **Telephone Also Acct# 0595966379-6** | | | | |
| ACCOUNT NO.   **G297XXXX** | | **H** | | | | | **392.00** |
| **Suncoast Acceptance Inc. 1600 Newcastle St. Brunswick GA  31520-6729** | | | **Charge card** | | | | |

Sheet no. _17_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⮞ $        **4,599.00**

Total  ⮞ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John O Ingram   Blair M Ingram**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **680214 D** |  | J |  |  |  |  | **552.76** |
| **The Bank of Southside Virginia**<br>**PO Box 40**<br>**Carson VA  23830-0040** |  |  | **Overdraft** |  |  |  |  |
| ACCOUNT NO.  **4888937995398627** |  | W |  |  |  |  | **3,638.29** |
| **United Recovery Systems**<br>**PO Box 722929**<br>**Houston TX  77272-2929** |  |  | **Collection for Arrow Financial Sevices**<br>**URS# 09715855** |  |  |  |  |
| ACCOUNT NO.  **2307106000795626** |  | J |  |  |  |  | **762.63** |
| **Universal Fidelity**<br>**PO Box 941911**<br>**Houston TX  77094-8911**<br><br><br>**HSBC Taxpayer Financial Services**<br>**PO Box 17037**<br>**Baltimore MD  21297-1037** |  |  | **Collection for HSBC Taxpayet Financial Services** |  |  |  |  |
| ACCOUNT NO.  **4428284406001129** |  | W |  |  |  |  | **4,625.00** |
| **US Bank**<br>**PO Box 108**<br>**St. Louis MO  63166-9801** |  |  | **Credit card**<br>**acct # 1-993-7155-7125** |  |  |  |  |

Sheet no.  _18_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $      **9,578.68**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John O Ingram   Blair M Ingram**                                    Case No. _____

                                        **Debtors**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7220251** <br><br> **Van Ru Credit Corporation** <br> **10024 Skokie Blvd.  Suite 2** <br> **Skokie IL  60077-1109** <br><br><br> **DeVry Inc.** <br> **Student Acct Center** <br> **One Tower Lane Ste 1000** <br> **Oak Brook Terrace IL  60181-4671** | | H | **Collection for DeVry Inc.+** | | | | 246.37 |
| ACCOUNT NO.   **72262** <br><br> **Virginia Medical Group P.C.** <br> **2905 Boulevard** <br> **Colonial Height VA  23834-2400** | | J | **Medical** | | | | 20.00 |
| ACCOUNT NO. <br><br> **WYSE Financial Services** <br> **3410 South Galena St.  Ste 250** <br> **Denver CO  80231** <br><br> **AT&T** <br> **PO Box 8212** <br> **Aurora IL  60572-8212** | | J | **Collection for NCO/Asgne of AT&T** | | | | 382.26 |

Sheet no. _19_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                          **648.63**

Total  ➢  $                          **159,132.96**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Laura L McGarragan   6199753
McGarragan Law Offices
1004 N. Main St.
Rockford, IL 61103


815 961-1111
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois


In Re:

Debtor: **John O Ingram**

Social Security Number: **2458**

Joint Debtor: **Blair M Ingram**

Social Security Number: **8199**

Case No:

Chapter **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **Advocate Christ Medical Center**<br>**PO Box 3597**<br>**Springfield IL  62708** | **Unsecured Claims** | **$  3,400.00** |
| 2. **Allied Business Accounts**<br>**300 1/2 South Second St.**<br>**PO Box 1600**<br>**Clinton IA  52733-1600** | **Unsecured Claims** | **$   760.84** |
| 3. **Allstate Insurance Co.**<br>**75 Executive Pkwy**<br>**Hudson OH  44237-0001** | **Unsecured Claims** | **$   553.99** |
| 4. **Amcore Bank**<br>**501 7th St.**<br>**Rockford IL  61104-1242** | **Unsecured Claims** | **$   622.00** |
| 5. **American General**<br>**211 Elm St.**<br>**Rockford IL  61101-1264** | **Secured Claims** | **$  6,392.06** |

In re:  **John O Ingram**
**Blair M Ingram**

| | | | |
|---|---|---|---|
| 6. | **AmeriCredit**<br>**PO Box 183593**<br>**Arlington TX  76096** | **Unsecured Claims** | **$ 13,408.39** |
| 7. | **Army & Air Force Exchange Service**<br>**Attn: FA-T/R-CA**<br>**PO Box 660056**<br>**Dallas TX  75266-0056** | **Unsecured Claims** | **$   686.86** |
| 8. | **Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren MI  48090-2036** | **Unsecured Claims** | **$   128.68** |
| 9. | **Associated Bank Green Bay**<br>**PO Box 19097**<br>**Green Bay WI  54307-9097** | **Unsecured Claims** | **$  1,556.00** |
| 10. | **Bank of America**<br>**PO Box 5270**<br>**Carol Stream, IL  60197-5270** | **Unsecured Claims** | **$  3,485.00** |
| 11. | **Bassett/GEMB**<br>**PO Box 981439**<br>**El Paso TX  79998-1439** | **Unsecured Claims** | **$  8,690.00** |
| 12. | **Brookside Immediate & Occupational Care**<br>**125 N Alpine Rd.**<br>**Rockford IL  61107-2299** | **Unsecured Claims** | **$   55.00** |
| 13. | **Businessmen's Collection Bureau**<br>**PO Box 657**<br>**Freeport IL  61032** | **Unsecured Claims** | **$   102.57** |
| 14. | **Capital One**<br>**PO Box 70884**<br>**Charlotte NC  28272-0884** | **Unsecured Claims** | **$  5,800.00** |

In re:    **John O Ingram**
**Blair M Ingram**

Case No. _____

| | | | |
|---|---|---|---|
| 15 . | **Capital One Auto**<br>PO Box 260848<br>Plano TX  75026-0848 | **Unsecured Claims** | **$ 21,900.00** |
| 16 . | **Car Biz**<br>2516 N Main St.<br>Rockford IL  61103 | **Secured Claims** | **$  5,939.00** |
| 17 . | **CBCS**<br>PO Box 69<br>Columbus OH  43216 | **Unsecured Claims** | **$    43.43** |
| 18 . | **Chase**<br>PO Box 15298<br>Wilmington DE  19850-5298 | **Unsecured Claims** | **$    50.00** |
| 19 . | **Check It**<br>PO Box 6264<br>Rockford IL  61125-1264 | **Unsecured Claims** | **$    29.11** |
| 20 . | **Christ Hospital and Med Ctr.**<br>PO Box 70508<br>Chicago IL  60673 | **Unsecured Claims** | **$  7,026.31** |
| 21 . | **Commercial Recovery Systems Inc.**<br>PO Box 570909<br>Dallas Tx  75357-0909 | **Unsecured Claims** | **$  9,462.37** |
| 22 . | **Continental Finance**<br>PO Box 8099<br>Newark DE  19714-8099 | **Unsecured Claims** | **$   247.00** |
| 23 . | **Credit Protections Assoc**<br>13355 Noel Rd.<br>Dallas TX  75240 | **Unsecured Claims** | **$   402.00** |

In re:   **John O Ingram**
**Blair M Ingram**

Case No. _____

| | | | |
|---|---|---|---|
| 24 . | **Drive Financial**<br>**8585 N Stemmons Freeway  Ste 11**<br>**Dallas TX  75247-3836** | **Secured Claims** | **$ 12,924.00** |
| 25 . | **Encore**<br>**400 N Rogers Rd.**<br>**PO Box 3330**<br>**Olathe KS  66063-3330** | **Unsecured Claims** | **$  3,187.89** |
| 26 . | **FIA Card Services**<br>**PO Box 15137**<br>**Wilmington DE  19850-5137** | **Unsecured Claims** | **$   467.00** |
| 27 . | **GE Money Bank**<br>**OH3-4233**<br>**950 Forrer Blvd.**<br>**Kettering OH  45420** | **Unsecured Claims** | **$   200.00** |
| 28 . | **German American State Bank**<br>**100 Church St.**<br>**German Valley IL  61039** | **Unsecured Claims** | **$   100.00** |
| 29 . | **Heritage Family Library**<br>**PO Box 305147**<br>**Nashville TN  37230** | **Unsecured Claims** | **$    26.80** |
| 30 . | **Hilco Receivables**<br>**5 Revere Dr.  Suite 206**<br>**Northbrook IL  60062** | **Unsecured Claims** | **$   226.00** |
| 31 . | **Hollywood Video**<br>**1330 South Alpine Rd.**<br>**Rockford IL  61108** | **Unsecured Claims** | **$   116.00** |
| 32 . | **HSBC Bank**<br>**90 Christiana Rd.**<br>**New Castle DE  19720-3118** | **Unsecured Claims** | **$   764.00** |

In re:   **John O Ingram**
**Blair M Ingram**

| 33. | **Illinois Urological Institute**<br>**25 N Winfield Rd.  #407**<br>**Winfield IL  60190-1222** | **Unsecured Claims** | **$    157.00** |
|---|---|---|---|
| 34. | **Imagine**<br>**PO Box 105555**<br>**Atlanta GA  30348-5555** | **Unsecured Claims** | **$    300.31** |
| 35. | **Imagine**<br>**PO Box 136**<br>**Newark NJ  07101-0136** | **Unsecured Claims** | **$    278.10** |
| 36. | **Infinity Healthcare Physicians**<br>**1251 W Glen Oaks Lane**<br>**Mequon WI  53092-3378** | **Unsecured Claims** | **$     30.80** |
| 37. | **Isterra**<br>**c/o Primus Telecommunications**<br>**Account Investigations**<br>**625 First Ave.  Suite201**<br>**Coralville IA  52241** | **Unsecured Claims** | **$     55.22** |
| 38. | **Jefferson Capital LLC**<br>**16 McLelland Rd.**<br>**St. Cloud MN  56303** | **Unsecured Claims** | **$    578.00** |
| 39. | **Kohl's/Chase**<br>**N56 W 17000 Ridgewood Dr.**<br>**Menomonee Falls WI  53051** | **Unsecured Claims** | **$    685.00** |
| 40. | **Meteropolitan**<br>**39 LaSalle Dr.  Suit 1125**<br>**Chicago IL  60603-1704** | **Unsecured Claims** | **$  1,958.00** |
| 41. | **MidWest Title Loans**<br>**5203 N 2nd St.**<br>**Loves Park IL  61111** | **Unsecured Claims** | **$    977.52** |

In re:    **John O Ingram**
**Blair M Ingram**

| | | |
|---|---|---|
| 42. **Military Star**<br>**PO Box 830031**<br>**Baltimore MD  21283-0031** | **Unsecured Claims** | **$  1,495.44** |
| 43. **Miller Eye Center**<br>**PO Box 7267**<br>**Rockford IL  61126-7267** | **Unsecured Claims** | **$   286.00** |
| 44. **National City**<br>**PO Box 8043**<br>**Royal Oak MI  48068-8043** | **Unsecured Claims** | **$   352.15** |
| 45. **NCO Financial Systems**<br>**4608 S Garnett Rd.  STE 200**<br>**Tulsa OK  74146** | **Unsecured Claims** | **$  2,453.36** |
| 46. **Northern Illinois Scanning**<br>**PO Box 4073**<br>**Rockford IL  61110-0573** | **Unsecured Claims** | **$   720.25** |
| 47. **Omni Credit Services**<br>**333 Bishop's Way**<br>**Brookfield WI  53005-6209** | **Unsecured Claims** | **$    30.80** |
| 48. **OSI Collection Serviceas**<br>**PO Box 959**<br>**Brookfield WI  53008** | **Unsecured Claims** | **$   160.00** |
| 49. **Paragon**<br>**10120 S Eastern Ave.  Ste 200**<br>**Henderson NV  89052** | **Unsecured Claims** | **$   390.00** |
| 50. **Patelco Credit Union**<br>**156 Second St.**<br>**San Francisco CA  94105** | **Unsecured Claims** | **$ 35,000.00** |

In re:   **John O Ingram**
         **Blair M Ingram**

Case No. _____

| | | | |
|---|---|---|---|
| **51.** | **PCS Financial Corporation**<br>**200 West Jackson Blvd.  Ste 710**<br>**Chicago IL  60606-6910** | **Unsecured Claims** | **$  1,867.00** |
| **52.** | **PFG of Minnesota**<br>**7825 Washington Ave S Ste 310**<br>**Minneapolis MN  55439-2409** | **Unsecured Claims** | **$    378.48** |
| **53.** | **Pharmacare**<br>**620 Epsilon Dr.**<br>**Pittsburgh PA  15238** | **Unsecured Claims** | **$     46.47** |
| **54.** | **Pierce Hamilton & Stern**<br>**6931 Arlington Rd.  Ste 400**<br>**Bethesda MD 20814** | **Unsecured Claims** | **$  1,867.00** |
| **55.** | **PML of Georgia at Columbus**<br>**PO Box 10338**<br>**Kansas City MO  64171-0338** | **Unsecured Claims** | **$     99.00** |
| **56.** | **Premier Credit Corporation**<br>**2773 Remico St. SW**<br>**Wyoming MI  49519** | **Unsecured Claims** | **$    500.00** |
| **57.** | **Professional Account Services Inc.**<br>**PO Box 188**<br>**Brentwood TN  37024-0188** | **Unsecured Claims** | **$    100.00** |
| **58.** | **Quest Diagnostics**<br>**PO Box 64797**<br>**Baltimore MD  21264-4797** | **Unsecured Claims** | **$     96.48** |
| **59.** | **Radiology Consultants of Rockford**<br>**PO Box 4542**<br>**Rockford IL  61110-4542** | **Unsecured Claims** | **$     41.20** |

In re:  **John O Ingram**
**Blair M Ingram**

Case No. _____

| | | | |
|---|---|---|---|
| **60.** | **Reno & Zahm LLP**<br>**2902 McFarland Rd.  Suite 400**<br>**Rockford IL  61107** | **Unsecured Claims** | **$    300.12** |
| **61.** | **Riddle & Assoc.**<br>**PO Box 1187**<br>**Sandy UT  84091-1187** | **Unsecured Claims** | **$    192.92** |
| **62.** | **Riverview Phys for Women**<br>**439 Jennick Dr.**<br>**Colonial Hgts VA  23834** | **Unsecured Claims** | **$    517.55** |
| **63.** | **Riverview Phys for Women**<br>**439 Jennick Dr.**<br>**Colonial Hgts VA  23834-4901** | **Unsecured Claims** | **$  3,193.00** |
| **64.** | **Rock Valley Women's Health Center**<br>**6861 Villagreen**<br>**Rockford IL  61107** | **Unsecured Claims** | **$    277.20** |
| **65.** | **Rockford Clinic**<br>**2300 North Rockton Avenue**<br>**Rockford IL  61103** | **Unsecured Claims** | **$    719.19** |
| **66.** | **Rockford Health Physicians**<br>**2300 N Rockton Ave.**<br>**Rockford IL  61103** | **Unsecured Claims** | **$    915.00** |
| **67.** | **Rockford Memorial Hospital**<br>**PO Box 14125**<br>**Rockford IL  61105-4125** | **Unsecured Claims** | **$  1,155.35** |
| **68.** | **Rockford Orthopedic Associates**<br>**324 Roxbury Rd.**<br>**Rockford IL  61107** | **Unsecured Claims** | **$    436.80** |

In re:   **John O Ingram**
**Blair M Ingram**

Case No. _____

| | | | |
|---|---|---|---|
| **69 .** | **Rockford Radiology Assoc.**<br>**PO Box 5368**<br>**Rockford IL  61125-0368** | **Unsecured Claims** | **$   223.00** |
| **70 .** | **Savoy Collection Agency**<br>**PO Box 2606**<br>**Statesboro GA  30459** | **Unsecured Claims** | **$   623.70** |
| **71 .** | **SC Services & Assoc.**<br>**PO Box 3116**<br>**Lake City FL  32056-3116** | **Unsecured Claims** | **$    72.00** |
| **72 .** | **Security Finance**<br>**PO Drawer 811**<br>**Spartanburg SC  29304** | **Unsecured Claims** | **$   640.00** |
| **73 .** | **SFC of IL**<br>**2233 E Charles St.**<br>**Rockford IL  61104** | **Unsecured Claims** | **$   640.00** |
| **74 .** | **Southside Regional Medical Center**<br>**801 South Adams St.**<br>**Petersburg VA  23803-5149** | **Unsecured Claims** | **$ 2,665.00** |
| **75 .** | **Sprint**<br>**PO Box 8077**<br>**London KY  40742** | **Unsecured Claims** | **$ 1,542.00** |
| **76 .** | **Suncoast Acceptance Inc.**<br>**1600 Newcastle St.**<br>**Brunswick GA  31520-6729** | **Unsecured Claims** | **$   392.00** |
| **77 .** | **The Bank of Southside Virginia**<br>**PO Box 40**<br>**Carson VA  23830-0040** | **Unsecured Claims** | **$   552.76** |

In re:  **John O Ingram**
**Blair M Ingram**

Case No. _____

| | | |
|---|---|---|
| **78.** | **WYSE Financial Services**<br>3410 South Galena St.  Ste 250<br>Denver CO  80231 | **Unsecured Claims** | **$    382.26** |
| **79.** | **United Recovery Systems**<br>PO Box 722929<br>Houston TX  77272-2929 | **Unsecured Claims** | **$  3,638.29** |
| **80.** | **Universal Fidelity**<br>PO Box 941911<br>Houston TX  77094-8911 | **Unsecured Claims** | **$    762.63** |
| **81.** | **US Bank**<br>PO Box 108<br>St. Louis MO  63166-9801 | **Unsecured Claims** | **$  4,625.00** |
| **82.** | **Van Ru Credit Corporation**<br>10024 Skokie Blvd.  Suite 2<br>Skokie IL  60077-1109 | **Unsecured Claims** | **$    246.37** |
| **83.** | **Virginia Medical Group P.C.**<br>2905 Boulevard<br>Colonial Height VA  23834-2400 | **Unsecured Claims** | **$      20.00** |

In re:    **John O Ingram**
          **Blair M Ingram**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **John O Ingram**, and I, **Blair M Ingram**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **10 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature:    **/s/ John O Ingram**_____
              **John O Ingram**

Dated:        **5/6/2008**_____

Signature:    **/s/ Blair M Ingram**_____
              **Blair M Ingram**

Dated:        **5/6/2008**_____

**B6G (Official Form 6G) (12/07)**

In re:  **John O Ingram    Blair M Ingram** _____ ,    Case No. _____
                                             **Debtors**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **John O Ingram    Blair M Ingram** _____ .    Case No. _____
                                    **Debtors**                                    **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jean Thompson**<br>**1725 S Sycamore**<br>**Petersburg VA  23805-1625** | **American General**<br>**211 Elm St.**<br>**Rockford IL  61101-1264** |

B6I (Official Form 6I) (12/07)

In re __**John O Ingram Blair M Ingram**_____  Case No. _____

                                    **Debtors**                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **son** | **1** |
| | **son** | **4** |
| | **daughter** | **6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Nursing assistant** |
| Name of Employer | | **Winnebago County** |
| How long employed | | |
| Address of Employer | | **404 Elm St.** **Rockford IL  61101** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $        0.00 | $      1,700.83 |
| 2. Estimate monthly overtime | $        0.00 | $        0.00 |
| 3. SUBTOTAL | $        0.00 | $      1,700.83 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $        0.00 | $       239.24 |
| b. Insurance | $        0.00 | $        0.00 |
| c. Union dues | $        0.00 | $       38.07 |
| d. Other (Specify)      **Pension** | $        0.00 | $       68.73 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $        0.00 | $       346.04 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $        0.00 | $      1,354.79 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $        0.00 | $        0.00 |
| 8. Income from real property | $        0.00 | $        0.00 |
| 9. Interest and dividends | $        0.00 | $        0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $        0.00 | $        0.00 |
| 11. Social security or other government assistance (Specify) _____ | $        0.00 | $        0.00 |
| 12. Pension or retirement income | $        0.00 | $        0.00 |
| 13. Other monthly income (Specify) **Unemployment** | $        0.00 | $        0.00 |
| **Unemployment** | $      1,960.00 | $        0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $      1,960.00 | $        0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $      1,960.00 | $      1,354.79 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$ 3,314.79** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07) - Cont.**

In re   **John O Ingram Blair M Ingram** _____   Case No. _____

_____
**Debtors**   **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re  John O Ingram Blair M Ingram_____,   Case No. _____
                                    **Debtors**                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 900.00 |
|    a. Are real estate taxes included?  Yes _____  No ✓ | | |
|    b. Is property insurance included?  Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 300.00 |
|      b. Water and sewer | $ | 0.00 |
|      c. Telephone | $ | 85.00 |
|      d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | 0.00 |
|      b. Life | $ | 0.00 |
|      c. Health | $ | 0.00 |
|      d. Auto | $ | 189.00 |
|      e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | 289.00 |
|      b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,188.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 3,314.79 |
|    b. Average monthly expenses from Line 18 above | $ | 3,188.00 |
|    c. Monthly net income (a. minus b.) | $ | 126.79 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re  **John O Ingram    Blair M Ingram** _____ ,          Case No. _____

Debtors

Chapter  __7__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $         0.00 | | |
| B - Personal Property | YES | 3 | $     6.520.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $    25.255.06 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $   159.132.96 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $     3.314.79 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $     3.188.00 |
| TOTAL | | 33 | $     6,520.00 | $   184,388.02 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  John O Ingram    Blair M Ingram                                Case No. _____
                    **Debtors**                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**35**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **5/6/2008**                         Signature:  **/s/ John O Ingram**
                                                        **John O Ingram**
                                                              Debtor

Date:  **5/6/2008**                         Signature:  **/s/ Blair M Ingram**
                                                        **Blair M Ingram**
                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:  **John O Ingram    Blair M Ingram**                            ,        Case No. _____

Debtors                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 40,900.00 | Wages | 2006 |
| 31,000.00 | Wages | 2007 |
| 17,000.00 | Wages | 2008 |

## 2.  Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
❑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Laura L McGarragan**<br>**1004 North Main St.**<br>**Rockford IL  61103** | **11/27/2007** | **1099.00** |

## 10. Other transfers

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑  debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | | DESCRIBE PROPERTY |
| NAME AND ADDRESS OF TRANSFEREE, | | TRANSFERRED |
| RELATIONSHIP TO DEBTOR | DATE | AND VALUE RECEIVED |

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑  self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER | DATE(S) OF | AMOUNT OF MONEY OR DESCRIPTION |
| DEVICE | TRANSFER(S) | AND VALUE OF PROPERTY OR DEBTOR |
| | | INTEREST IN PROPERTY |

## 11. Closed financial accounts

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑  sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | TYPE OF ACCOUNT, LAST FOUR | AMOUNT AND |
| NAME AND ADDRESS | DIGITS OF ACCOUNT NUMBER, | DATE OF SALE |
| OF INSTITUTION | AND AMOUNT OF FINAL BALANCE | OR CLOSING |

## 12. Safe deposit boxes

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑  **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS | NAMES AND ADDRESSES | DESCRIPTION | DATE OF TRANSFER |
| OF BANK OR | OF THOSE WITH ACCESS | OF | OR SURRENDER, |
| OTHER DEPOSITORY | TO BOX OR DEPOSITOR | CONTENTS | IF ANY |

## 13. Setoffs

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☑  the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| | DATE OF | AMOUNT OF |
| NAME AND ADDRESS OF CREDITOR | SETOFF | SETOFF |

5

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS
OF OWNER

DESCRIPTION AND VALUE
OF PROPERTY

LOCATION OF PROPERTY

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS

NAME USED

DATES OF OCCUPANCY

**733 John St.
Pecatonica IL  61063**

**John & Blair Ingram**

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

SITE NAME AND
ADDRESS

NAME  AND ADDRESS
OF GOVERNMENTAL UNIT

DATE OF
NOTICE

ENVIRONMENTAL
LAW

None
☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND
ADDRESS

NAME  AND ADDRESS
OF GOVERNMENTAL UNIT

DATE OF
NOTICE

ENVIRONMENTAL
LAW

**6**

None ☑  c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None ☑  a.    *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ☑  b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **5/6/2008**                          Signature of Debtor    **/s/ John O Ingram**

**John O Ingram**

Date  **5/6/2008**                          Signature of Joint Debtor (if any)    **/s/ Blair M Ingram**

**Blair M Ingram**

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Laura L McGarragan** | **/s/ Laura L McGarragan**          **5/6/2008** |
| Printed Name of Attorney | Signature of Attorney                    Date |

Address:

**McGarragan Law Offices**
**1004 N. Main St.**
**Rockford, IL 61103**

**815 961-1111**

### Certificate of the Debtor

We, the debtors, affirm that we have received and read this notice.

| | |
|---|---|
| **John O Ingram** | X **/s/ John O Ingram**          **5/6/2008** |
| **Blair M Ingram** | **John O Ingram** |
| | Signature of Debtor                 Date |
| Printed Name(s) of Debtor(s) | X **/s/ Blair M Ingram**          **5/6/2008** |
| | **Blair M Ingram** |
| Case No. (if known) _____ | Signature of Joint Debtor         Date |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Northern District of Illinois

In re  **John O Ingram    Blair M Ingram**_____,    Case No. _____
                              Debtors                          Chapter    **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,314.79 |
| Average Expenses (from Schedule J, Line 18) | $ 3,188.00 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ 1,700.83 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $159,132.96 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $159,132.96 |

Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:  **John O Ingram   Blair M Ingram**

Debtors

Case No. _____

Chapter   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1.  **1997 Mercury Mystic #1101098200460XXXX** | **American General** | X | | | |
| 2.  **1997 Dodge Ram** | **Car Biz** | | | | X |
| 3.  **Automobile  2006 Malibu** | **Drive Financial** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **None** | | |

**/s/ John O Ingram**      **5/6/2008**

**John O Ingram**
Signature of Debtor            Date

**/s/ Blair M Ingram**      **5/6/2008**

**Blair M Ingram**
Signature of Joint Debtor (if any)      Date

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:     **John O Ingram**        **Blair M Ingram**        Case No. _____

                       Debtors                     Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,099.00 |
| Prior to the filing of this statement I have received | $ | 1,099.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

     ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

     ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a)     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     b)     Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

     c)     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     d)     [Other provisions as needed]

         **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

       **Representing Debtor in Adversary**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **5/6/2008** _____

                     **/s/ Laura L McGarragan** _____
                     **Laura L McGarragan, Bar No. 6199753**

                     **McGarragan Law Offices**
                     Attorney for Debtor(s)

Jean Thompson
1725 S Sycamore
Petersburg VA  23805-1625


 AT&T
PO Box 8212
Aurora IL  60572-8212


Advanced Call Center Technologies
PO Box 8608
Gray TN  37615


Advocate Christ Medical Center
PO Box 3597
Springfield IL  62708


Allied Business Accounts
300 1/2 South Second St.
PO Box 1600
Clinton IA  52733-1600


Allied Interstate
3000 corporate Exchange Dr.  5th Floor
Columbus OH  43231


Allstate Insurance Co.
75 Executive Pkwy
Hudson OH  44237-0001


Amcore Bank
501 7th St.
Rockford IL  61104-1242


American General
211 Elm St.
Rockford IL  61101-1264

AmeriCredit
PO Box 183593
Arlington TX  76096

Army & Air Force Exchange Service
Attn: FA-T/R-CA
PO Box 660056
Dallas TX  75266-0056

Arrow Financial Services
5996 Touhy Ave.
Niles IL  60714-4610

Asset Acceptance LLC
PO Box 2036
Warren MI  48090-2036

Associated Bank Green Bay
PO Box 19097
Green Bay WI  54307-9097

AT&T
PO Box 8212
Aurora IL  60572-8212

Bank of America
PO Box 5270
Carol Stream, IL  60197-5270

Bassett/GEMB
PO Box 981439
El Paso TX  79998-1439

Blitt & Gaines
318 W Adams St, 1600
Chicago IL  60606

Blue Cross/Blue Shield of Illinois
300 East Randolph
Chicago IL  60601-5099


Brookside Immediate & Occupational Care
125 N Alpine Rd.
Rockford IL  61107-2299


Businessmen's Collection Bureau
PO Box 657
Freeport IL  61032


Capital One
PO Box 70884
Charlotte NC  28272-0884


Capital One Auto
PO Box 260848
Plano TX  75026-0848


Car Biz
2516 N Main St.
Rockford IL  61103


CBCS
PO Box 69
Columbus OH  43216


Chase
PO Box 15298
Wilmington DE  19850-5298


Check It
PO Box 6264
Rockford IL  61125-1264

Christ Hospital and Med Ctr.
PO Box 70508
Chicago IL  60673


Commercial Recovery Systems Inc.
PO Box 570909
Dallas Tx  75357-0909


Continental Finance
PO Box 8099
Newark DE  19714-8099


Credit Collection Services
Two Wells Ave.  Dept. 9135
Newton MA  02456


Credit Protections Assoc
13355 Noel Rd.
Dallas TX  75240


Creditors Financial Group
PO Box 440290e 110
Aurora CO  80044-0290


Creditor's Protection Services
202 West State St.
PO Box 4115
Rockford IL  61110-0615


DeVry Inc.
Student Acct Center
One Tower Lane Ste 1000
Oak Brook Terrace IL  60181-4671


Drive Financial
8585 N Stemmons Freeway  Ste 11
Dallas TX  75247-3836

Encore
400 N Rogers Rd.
PO Box 3330
Olathe KS   66063-3330


FIA Card Services
PO Box 15137
Wilmington DE   19850-5137


First Collection Service
PO Box 3564
Little Rock AR   72203


Friedmans Jewelers
171 Crossroads Parkway
Savannah GA   31422


GE Money Bank
OH3-4233
950 Forrer Blvd.
Kettering OH   45420


German American State Bank
100 Church St.
German Valley IL   61039


Heritage Family Library
PO Box 305147
Nashville TN   37230


Hilco Receivables
5 Revere Dr.  Suite 206
Northbrook IL   60062


Hollywood Video
1330 South Alpine Rd.
Rockford IL   61108

HSBC Bank
90 Christiana Rd.
New Castle DE  19720-3118


HSBC Taxpayer Financial Services
PO Box 17037
Baltimore MD  21297-1037


Hyundai Motor Finance Co.
10550 Talbert Ave.
Fountain Valley CA  92708-6031


IC System Inc.
PO Box 64437
St. Paul MN  55164-0437


Illinois Urological Institute
25 N Winfield Rd.  #407
Winfield IL  60190-1222


Imagine
PO Box 136
Newark NJ  07101-0136


Imagine
PO Box 105555
Atlanta GA  30348-5555


Infinity Healthcare Physicians
1251 W Glen Oaks Lane
Mequon WI  53092-3378


Isterra
c/o Primus Telecommunications
Account Investigations
625 First Ave.  Suite201
Coralville IA  52241

Jefferson Capital LLC
16 McLelland Rd.
St. Cloud MN  56303


Kohl's/Chase
N56 W 17000 Ridgewood Dr.
Menomonee Falls WI  53051


Medical Revenue Services
645 Walnut St.  STE 5
Gadsden AL  35902


Meteropolitan
39 LaSalle Dr.  Suit 1125
Chicago IL  60603-1704


Metropolitan Educational Enterprises
39 S LaSalle St.  Ste 1125
Chicago IL  60603-1704


MidWest Title Loans
5203 N 2nd St.
Loves Park IL  61111


Military Star
PO Box 830031
Baltimore MD  21283-0031


Miller Eye Center
PO Box 7267
Rockford IL  61126-7267


Mutual Management Services
PO Box 4777
Rockford IL  61110

National City
PO Box 8043
Royal Oak MI   48068-8043

NCO Financial Systems
4608 S Garnett Rd.   STE 200
Tulsa OK   74146

Nicor Gas
PO Box 163250
Columbus OH   43216-3250

Northern Illinois Scanning
PO Box 4073
Rockford IL   61110-0573

Northland Group Inc.
7831 Glenrot Rd,   Ste 350
Edina MN   55439-3108

Northstar Location Services
4285 Genesee St.
Cheektowaga NY   14225-1943

Omni Credit Services
333 Bishop's Way
Brookfield WI   53005-6209

OSI Collection Serviceas
PO Box 959
Brookfield WI   53008

Paragon
10120 S Eastern Ave.   Ste 200
Henderson NV   89052

Patelco Credit Union
156 Second St.
San Francisco CA  94105


PCS Financial Corporation
200 West Jackson Blvd.  Ste 710
Chicago IL  60606-6910


PFG of Minnesota
7825 Washington Ave S Ste 310
Minneapolis MN  55439-2409


Pharmacare
620 Epsilon Dr.
Pittsburgh PA  15238


Pierce Hamilton & Stern
6931 Arlington Rd.  Ste 400
Bethesda MD 20814


PML of Georgia at Columbus
PO Box 10338
Kansas City MO  64171-0338


Premier Credit Corporation
2773 Remico St. SW
Wyoming MI  49519


Professional Account Services Inc.
PO Box 188
Brentwood TN  37024-0188


Quest Diagnostics
PO Box 64797
Baltimore MD  21264-4797

R H McNitt, DDS
3535 N Main St.
Rockford IL  61103


Radiology Consultants of Rockford
PO Box 4542
Rockford IL  61110-4542


Reno & Zahm LLP
2902 McFarland Rd.  Suite 400
Rockford IL  61107


Riddle & Assoc.
PO Box 1187
Sandy UT  84091-1187


Riverview Phys for Women
439 Jennick Dr.
Colonial Hgts VA  23834-4901


Riverview Phys for Women
439 Jennick Dr.
Colonial Hgts VA  23834


RMH Maternal Fetal Med
PO Box 2880
Rockford IL  61132


Rock Valley Women's Health Center
6861 Villagreen
Rockford IL  61107


Rockford Clinic
2300 North Rockton Avenue
Rockford IL  61103

Rockford Health Physicians
2300 N Rockton Ave.
Rockford IL   61103

Rockford Health System
2400 North Rockton Ave.
Rockford IL   61103

Rockford Memorial Hospital
PO Box 14125
Rockford IL   61105-4125

Rockford Mercantile
2502 S Alpine Rd.
Rockford IL   61108

Rockford Orthopedic Associates
324 Roxbury Rd.
Rockford IL   61107

Rockford Radiology Assoc.
PO Box 5368
Rockford IL   61125-0368

Savoy Collection Agency
PO Box 2606
Statesboro GA   30459

SC Services & Assoc.
PO Box 3116
Lake City FL   32056-3116

Security Finance
PO Drawer 811
Spartanburg SC   29304

SFC of IL
2233 E Charles St.
Rockford IL   61104


Southside Regional Medical Center
801 South Adams St.
Petersburg VA   23803-5149


Sprint
PO Box 8077
London KY   40742


Sprint
PO Box 1769
Newark NJ   07101-1769


Suncoast Acceptance Inc.
1600 Newcastle St.
Brunswick GA   31520-6729


Swedish American Emergency Physicians
PO Box 3261
Milwaukee WI   53201-3261


Swedish American Hospital
1401 East State St.
Rockford IL   61104


The Bank of Southside Virginia
PO Box 40
Carson VA   23830-0040


United Recovery Systems
PO Box 722929
Houston TX   77272-2929

WYSE Financial Services
3410 South Galena St.  Ste 250
Denver CO  80231

Universal Fidelity
PO Box 941911
Houston TX  77094-8911

US Bank
PO Box 108
St. Louis MO  63166-9801

Van Ru Credit Corporation
10024 Skokie Blvd.  Suite 2
Skokie IL  60077-1109

Virginia Medical Group P.C.
2905 Boulevard
Colonial Height VA  23834-2400

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re:                                                Bankruptcy Case Number: _____

**John O Ingram**

**Blair M Ingram**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Dated:  **5/6/2008**_____        **/s/ John O Ingram**_____

                                               **John O Ingram**

                                                            Debtor


                                               **/s/ Blair M Ingram**_____

                                               **Blair M Ingram**

                                                            Joint Debtor